## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846 - 1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Monique Ellington | | |

**DOCKET ENTRY TEXT**

Detention hearing held. By agreement of the parties, the defendant is released on a $10,000.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|