**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                               Case No.: 1:07−cr−00846
                                                         Honorable Virginia M. Kendall

Monique Ellington, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Virginia M. Kendall : as to Monique Ellington, Willie Perkins, The Arraignment previously set for Thursday, 1/17/2008 at 01:30 PM has been reset to take place at 2:00 PM on that same day. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.