## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846 - 01 | **DATE** | 1/17/2008 |
| **CASE TITLE** | USA vs. Monique Ellington | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to Counts 1 and 2 of the indictment. Counsel informs the Court that a Rule 16.1(A) conference has already been held. Pretrial motions shall be filed by or on 2/14/2008; responses due 2/28/2008; replies due 3/6/2008. Status hearing set for 3/20/2008 at 1:30 p.m. Defendant not objecting, time is excluded under 18 USC 3161(h)(1)(F) for filing and review of pretrial motions from 1/17/2008 to 3/20/2008. Defendant's previously entered bond and conditions of release stand.

(X - E)

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|