IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   07 CR 846 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| MONIQUE ELLINGTON ) | |
| WILLIE PERKINS ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), that the Government's Motion For Early Return of Trial Subpoenas was filed with the District Court for the Northern District of Illinois, and served on counsel for defendants, John Murphy and Michael Petro, pursuant to the district court's ECF system, on January 25, 2008.

By:   */s/ Faris J. Hussein*
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300