IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 846 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| MONIQUE ELLINGTON | ) | |
| WILLIE PERKINS | ) | |

## **ORDER**

This matter coming before the Court on the Government's Motion for Reciprocal Early Return of Trial Subpoenas pursuant to Fed. R. Crim. Proc. 17(c), the Government's Motion is granted.

_____
VIRGINIA M. KENDALL
United States District Judge