IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    07 CR 846 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| MONIQUE ELLINGTON | ) | |
| WILLIE PERKINS | ) | |

## NOTICE OF AGREED MOTION

To:    Mr. Michael Petro, Esq.          Mr. John Murphy, Esq.
       53 West Jackson Boulevard         55 East Monroe Street
       Suite 324                         Chicago, Illinois 60603
       Chicago, Illinois 60604

　　　　PLEASE TAKE NOTICE that on TUESDAY, FEBRUARY 5, 2008, at 9:00 a.m., I will appear before the Honorable Virginia M. Kendall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the GOVERNMENT'S AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By:　　 _/s/ Faris J. Hussein_____
　　　　　　　　　　　　　　　　　　FARIS J. HUSSEIN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　219 S. Dearborn St., 5th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60604
　　　　　　　　　　　　　　　　　　(312) 353-4156

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), that the Notice of Motion was filed with the District Court for the Northern District of Illinois, and served on John Murphy and Michael Petro, counsel for defendants, pursuant to the district court's ECF system, on January 29, 2008.

By:     _/s/ Faris J. Hussein_____
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156

2