## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:07−cr−00846
                                             Honorable Virginia M. Kendall

Monique Ellington, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

     MINUTE entry before Judge Virginia M. Kendall : The agreed Motion for early return of trial subpoenas [24] is granted as to Monique Ellington, Willie Perkins. The 2/5/08 hearing date noticed for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.