IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    07 CR 846 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| MONIQUE ELLINGTON ) | |
| WILLIE PERKINS ) | |

## ORDER

    This matter coming before the Court on the Government's Motion for Reciprocal Early Return of Trial Subpoenas pursuant to Fed. R. Crim. Proc. 17(c), the Government's Motion is granted.


Dated:  January 29, 2008

                                                VIRGINIA M. KENDALL
                                                United States District Judge