# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                     Case No.: 1:07–cr–00846
                                                    Honorable Virginia M. Kendall

Monique Ellington, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : as to Monique Ellington, Willie Perkins; The Status hearing previously set for 3/20/08 is stricken and reset for Wednesday, 4/2/2008 at 01:30 PM. By agreement of the parties and in the interest of justice, time is excluded pursuant to 18 U.S.C. 3161 (h)(8)(B)(1) from 3/20/2008 through 4/22008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.