```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 07 CR 846 |
| | ] | |
| MONIQUE ELLINGTON, | ] | Hon. Virginia M. Kendall |
| | ] | |
| Defendant. | ] | |

## NOTICE OF FILING

TO:  AUSA Ferris Hussein
     219 South Dearborn Street, 5th Floor
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **February 14, 2008**, I filed the following Pre-Trial Motions:

1. **DEFENDANT MONIQUE ELLINGTON'S PRE-TRIAL MOTIONS**

| | |
|---|---|
| Michael J. Petro | Camille M. Hicks |
| Attorney For Monique Ellington | Attorney For Monique Ellington |
| 53 West Jackson Blvd., Suite 324 | 4747 Lincoln Mall Dr., Ste 410 |
| Chicago, Illinois  60604 | Matteson, IL  60443 |
| 312-913-1111 | 708-283-9277 |

## CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, certify that on the **February 13, 2008**, I served a copy of this Notice of Filing along with a copy of the above motions pursuant to the District Court's ECF system as to ECF filers.

s/Michael J. Petro

Attorney for Monique Ellington