```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 07 CR 846 |
| | ] | |
| **MONIQUE ELLINGTON,** | ] | Hon. Virginia M. Kendall |
| | ] | |
| Defendant. | ] | |

**DEFENDANT MONIQUE ELLINGTON'S MOTION TO EXTEND CONDITIONS OF BOND TO LEAVE NDIL TO ATTEND A FAMILY FUNERAL IN GEORGIA**

NOW COMES the defendant, MONIQUE ELLINGTON, by and thru her attorneys, and hereby requests that this Honorable Court extend the conditions of her bond to leave the NDIL to attend a family funeral in Georgia, USA. In support of this motion, MONIQUE ELLINGTON states as follows:

1. On December 18, 2007, MONIQUE ELLINGTON was placed on a $10,000.00 recognizance bond in this case. As part of the conditions of MONIQUE Ellington's bond she is not to depart the NDIL.

2. MONIQUE ELLINGTON needs to leave the NDIL to attend her cousin's funeral in Sylvania, Georgia. To date, she has complied with the conditions of her pre-trial release.

3. MONIQUE ELLINGTON will be staying with Jack White at 3025 Effingham Highway, (912) 857-5488.

4.  MONIQUE ELLINGTON will be leaving the NDIL Thursday morning  March 13, 2008. She will be returning on Monday March 17, 2008.

5.  At all times while out of the NDIL, MONIQUE ELLINGTON will be with her Mother, Patricia A Ellington-Hill.  They are driving together to the funeral.

6.  AUSA Faris J. Hussein has been notified with regards to this motion.  He is on trial and has not stated a position as of this writing.

WHEREFORE, the defendant, MONIQUE ELLINGTON, prays that this Honorable Court enter an order extending the conditions of her bond to leave the NDIL to attend a family funeral in Georgia.


Respectfully Submitted,

/s Michael J. Petro

MICHAEL J. PETRO                          CAMILLE M. HICKS
53 WEST JACKSON BLVD., SUITE 324          4747 Lincoln Mall Drive
CHICAGO, ILLINOIS   60604                 SUITE 410
312-913-1111                              MATTESON IL 60443