```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

UNITED STATES OF AMERICA,        ]
                                 ]
          Plaintiff,             ]
     v.                          ]   No. 07 CR 846
                                 ]
MONIQUE ELLINGTON,               ]   Hon. Virginia M. Kendall
                                 ]
          Defendant.             ]
```

NOTICE OF MOTION

TO:  AUSA Ferris Hussein
     219 South Dearborn Street, 5th Floor
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **March 10, 2008 13, 2008 at 1:30 pm**, I will present the following motions:

1. **DEFENDANT MONIQUE ELLINGTON'S MOTION TO EXTEND CONDITIONS OF BOND TO LEAVE NDIL TO ATTEND A FAMILY FUNERAL IN GEORGIA**

| | |
|---|---|
| MICHAEL J. PETRO | CAMILLE M. HICKS |
| 53 WEST JACKSON BLVD., SUITE 324 | 4747 Lincoln Mall Drive |
| CHICAGO, ILLINOIS   60604 | SUITE 410 |
| 312-913-1111 | MATTESON IL 60443 |

CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, certify that on the **March 10, 2008**, I served a copy of this Notice of Filing along with a copy of the above motions pursuant to the District Court's ECF system as to ECF filers.

s/Michael J. Petro

One of the Attorneys for Monique Ellington