**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                            Case No.: 1:07−cr−00846
                                              Honorable Virginia M. Kendall

Monique Ellington, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

    MINUTE entry before Judge Virginia M. Kendall : as to Monique Ellington (1); Defendant's Motion to Leave the Jurisdiction [33] is granted. Ms. Ellington is permitted to leave the Northern District of Illinois from 3/13/08 through and including 3/17/08 to attend a family funeral in Georgia. The 3/13/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.