UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
  Plaintiff,

v.

Monique Ellington, et al.
  Defendant.

Case No.: 1:07−cr−00846
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: On the Court's own motion, the 5/8/2008 Status hearing is stricken and reset 5/21/2008 at 02:00 PM. Defendant not objecting, time is excluded under 18 U.S.C. § 3161(h)(8)(B)(I) in the interest of justice through 5/21/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.