**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                         Case No.: 1:07–cr–00846
                                            Honorable Virginia M. Kendall

Monique Ellington, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: as to Monique Ellington, Status hearing held. Pretrial motions due 6/20/2008; responses due 7/7/2008; replies due 7/14/2008. Status hearing set for 7/28/2008 at 1:30 PM. Defendant not objecting, time is excluded under 18 U.S.C. § 3161(h)(8)(B)(I) in the interest of justice through 7/28/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.