**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 07 CR 846 |
| | ] | |
| MONIQUE ELLINGTON, | ] | Hon. Virginia M. Kendall |
| | ] | |
| Defendant. | ] | |

**DEFENDANT MONIQUE ELLINGTON'S MOTION TO EXTEND CONDITIONS OF
BOND TO LEAVE NDIL TO ATTEND A FAMILY FUNCTION IN GEORGIA JULY
3 TO JULY 7, 2008**

NOW COMES the defendant, MONIQUE ELLINGTON, by and thru her attorneys, and hereby requests that this Honorable Court extend the conditions of her bond to leave the NDIL to attend a family birthday in Georgia, USA.  In support of this motion, MONIQUE ELLINGTON states as follows:

1.   On December 18, 2007, MONIQUE ELLINGTON was placed on a $10,000.00 recognizance bond in this case. As part of the conditions of MONIQUE Ellington's bond she is not to depart the NDIL.

2.   MONIQUE ELLINGTON needs to leave the NDIL to attend her great grandfather's 97th birthday in Sylvania, Georgia. To date, she has complied with the conditions of her pre-trial release.

3.   MONIQUE ELLINGTON will be staying with Jack White at 3025 Effingham Highway, (912)857-6375.

1

4.  MONIQUE ELLINGTON will be leaving the NDIL Thursday
    morning July 3, 2008. She will be returning on Monday
    July 7, 2008.

5.  At all times while out of the NDIL, MONIQUE ELLINGTON
    will be with her Mother, Patricia A Ellington-Hill.  They
    are driving together as well.

6.  Pre-trial Services has been notified with regards to this
    motion.  Pre-Trial Services does not oppose this motion.

WHEREFORE, the defendant, MONIQUE ELLINGTON, prays that this
Honorable Court enter an order extending the conditions of her
bond to leave the NDIL to attend a family funeral in Georgia.


Respectfully Submitted,

/s Michael J. Petro

MICHAEL J. PETRO                    CAMILLE M. HICKS
53 WEST JACKSON BLVD., SUITE 324    4747 Lincoln Mall Drive
CHICAGO, ILLINOIS    60604          SUITE 410
312-913-1111                        MATTESON IL 60443