```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 07 CR 846 |
| | ] | |
| **MONIQUE ELLINGTON,** | ] | Hon. Virginia M. Kendall |
| | ] | |
| Defendant. | ] | |

**NOTICE OF MOTION**

TO:   AUSA Samuel B. Cole
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **June 17, 2008 at 1:30 pm**, I will present the following motions:

1. **DEFENDANT MONIQUE ELLINGTON'S MOTION TO EXTEND CONDITIONS OF BOND TO LEAVE NDIL TO ATTEND A FAMILY BIRTHDAY IN GEORGIA**

| | |
|---|---|
| MICHAEL J. PETRO | CAMILLE M. HICKS |
| 53 WEST JACKSON BLVD., SUITE 324 | 4747 Lincoln Mall Drive |
| CHICAGO, ILLINOIS   60604 | SUITE 410 |
| 312-913-1111 | MATTESON IL 60443 |

**CERTIFICATE OF SERVICE**

I, MICHAEL J. PETRO, an attorney, certify that on the **June 12, 2008**, I served a copy of this Notice of Filing along with a copy of the above motions pursuant to the District Court's ECF system as to ECF filers.

s/Michael J. Petro

One of the Attorneys for Monique Ellington