UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:07−cr−00846
                                            Honorable Virginia M. Kendall

Monique Ellington, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: as to Monique Ellington (1): Defendant's motion for permission to travel to Sylvania, Georgia for the period of 7/3/2008 through 7/7/2008 [43] is granted provided defendant submits a detailed itinerary and addresses and phone numbers where she can be contacted to the Pretrial Services Office by 7/1/2008. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.