DEFENDANT ELLINGTON'S EXHIBIT I

Pursuant to 28 USC §1746, I, MONIQUE ELLINGTON, state under penalty of perjury that the foregoing is true and correct.

1. That I was detained by the FBI at their office in Chicago on December 14, 2007. At approximately 2:00 P.M., the FBI polygraph examiner informed me that I would have to answer some questions. After I talked to my mother on the telephone, I told the FBI polygraph examiner that I did not want do anything without my attorney being present.

2. Subsequent to that, I told FBI agent Nikkole Robertson that I did not want to do anything without my attorney being present.

3. That at all times subsequent to the above events, I no longer felt that I was free to leave the FBI office.

Executed on Friday, May 30, 2008

*Monique Ellington*
MONIQUE ELLINGTON