IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ] |
| Plaintiff, | ] |
| v. | ] No. 07 CR 846 |
| **MONIQUE ELLINGTON,** | ] Hon. Virginia M. Kendall |
| Defendant. | ] |

**NOTICE OF FILING**

TO: AUSA Samuel Cole
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **June 20, 2008**, I filed the following Pre-Trial Motions:

**DEFENDANT ELLINGTON'S MOTION TO SUPPRESS STATEMENT**

**CERTIFICATE OF SERVICE**

I, MICHAEL J. PETRO, an attorney, certify that on the **June 20, 2008**, I served a copy of this Notice of Filing along with a copy of the above motions pursuant to the District Court's ECF system as to ECF filers.

s/Michael J. Petro