UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:07−cr−00846
                                                Honorable Virginia M. Kendall

Monique Ellington, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall:as to Monique
Ellington: ), The government's telephonic request for an extension of time to 7/21/2008 to
file a response to defendant's motion to suppress is granted. Reply is due by 7/28/2008.
Status hearing date of 7/28/2008 is reset for 8/18/2008 at 01:30 PM. Defendant having no
objection enter excludable delay for the period of 6/26/2008 through 8/18/2008 pursuant
to 18 U.S.C. (h)(1)(F). Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.