UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,
v.                                      Case No.: 1:07−cr−00846
                                        Honorable Virginia M. Kendall
Monique Ellington, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:as to Monique Ellington (1): Status hearing held. Hearing on defendant's motion to suppress is set for 8/25/2008 at 09:30 AM. Defendant's motion for preservation of agent notes, for early return of trial subpoenas, and to require the government to give reasonable notice of intent to use expert witness are granted. The government shall turn over any expert reports by 10/27/2008. Early return of trial subpoenas is granted for the government also. Defendant's motion re: impeaching information and exclupatory materials is granted as outlined in open court. Jury Trial set for 11/19/2008 at 09:15 AM. Pretrial Conference set for 11/14/2008 at 10:00 AM. The parties shall submit all proposed jury instructions and motions in limine with supporting memoranda by 11/3/2008. The government shall submit its Santiago proffer and any 404(b) materials by 11/3/2008. Defendant having no objection, enter excludable delay for the period of 8/18/2008 through 11/19/2008 pursuant to 18 USC 3161(h)(8)(B)(iv). Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.