## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846-1 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Monique Ellington | | |

**DOCKET ENTRY TEXT**

Suppression hearing held and concluded. The parties are directed to file position papers by 09/19/08.

Docketing to mail notices.

6:00

| | Courtroom Deputy Initials: | JD |
|---|---|---|